Judge Frank Montalvo

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EP12CR0849

| | | |
|---|---|---|
| SEALED:   X | | UNSEALED: |
| COUNTY:  EL PASO | DIVISION:  EL PASO | JUDGE: |
| DATE: April 11, 2012 | MAG CT #: | FBI #: |
| CASE NO: EP-12-CR- | ASSISTANT U.S. ATTORNEY:  KRISTAL WADE | |
| DEFENDANT:  **JOAQUIN GUZMAN LOERA, aka "Chapo" (1)** | | DOB: ▮▮▮▮ |
| ADDRESS: ▮▮▮▮▮▮ | | |
| CITIZENSHIP: MEXICO          INTERPRETER NEEDED:  YES | | LANGUAGE:  SPANISH |
| DEFENSE ATTORNEY: | | EMPLOYED_____ APPOINTED_____ |
| DEFENDANT IS: NOT ARRESTED  ADDRESS: | | |
| DATE OF ARREST: | | BENCH WARRANT:  YES |
| PROSECUTION BY:  INDICTMENT | | |
| OFFENSE (Code and Description): **SEE ATTACHMENT** | | |
| OFFENSE IS:  FELONY | | |
| MAXIMUM SENTENCE:  **SEE ATTACHMENT** | | |
| PENALTY IS MANDATORY: | | |
| REMARKS:  DEA/FBI/ATF | | |

WDT-Cr-3

<u>ATTACHMENT TO PERSONAL DATA SHEET</u>
JOAQUIN GUZMAN LOERA, aka "Chapo" (1)

**OFFENSE AND MAXIMUM SENTENCE-**

<u>COUNT 1</u>: 18 U.S.C. § 1962(d); **Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering Activity.**
Up to life imprisonment, not more than 5 years supervised release, a fine of not more than $250,000 and a $100 assessment.

<u>COUNT 2</u>: 21 U.S.C. §§ 846 & 841(a)(1); **Conspiracy to Possess with the Intent to Distribute Controlled Substances.**
Up to life imprisonment, at least 5 years supervised release, a fine of not more than $10,000,000 and a $100 assessment.

<u>COUNT 3</u>: 21 U.S.C. § 963; **Conspiracy to Import Controlled Substances.**
Up to life imprisonment, at least 5 years supervised release, a fine of not more than $10,000,000 and a $100 assessment.

<u>COUNT 4</u>: 18 U.S.C. § 1956(h); **Conspiracy to Launder Monetary Instruments.**
20 years imprisonment, not more than 3 years of supervised release, a fine of $500,000 and a $100 assessment.

<u>COUNT 5</u>: 18 U.S.C. §§ 2 & 924(o); **Conspiracy to Possess Firearms in Furtherance of Drug Trafficking Crimes and Aid and Abet.**
A term of imprisonment not to exceed 20 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000; a $100 mandatory special assessment

<u>COUNT 11</u>: 21 U.S.C. § 848(e)(1)(A); **Murder While Engaging In or Working In Furtherance of a Continuing Criminal Enterprise or Drug Trafficking.**
Not less than 20 years imprisonment, up to life or death; a term of supervised release of at least five years, a fine of $10,000,000 and a $100 assessment.

<u>COUNT 12</u>: 21 U.S.C. § 848(b)(1) and (2)(A); **Engaging In a Continuing Criminal Enterprise in furtherance of Drug Trafficking**
A mandatory term of life imprisonment; a fine not to exceed $2 million; and a mandatory $100 special assessment.