IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § CRIMINAL NO. EP-12-CR-0849-FM |
| JOAQUIN GUZMAN LOERA aka "Chapo", et al | § |
| Defendant. | § |

## ORDER TO UNSEAL INDICTMENT

On this date, came on to be considered the Government's Motion to Unseal the Indictment as to the defendants in the above entitled and numbered cause. The Court having considered the same, is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that the Government's Motion to Unseal the Indictment as to the defendants, in the above entitled and numbered cause be, and is hereby, GRANTED.

IT IS FURTHER ORDERED that the Indictment against the defendants be, and is hereby, UNSEALED.

SIGNED AND ENTERED this 24 day of April, 2012.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE